# United States Court of Appeals for the Federal Circuit

---

June 12, 2020

## ERRATA

---

Appeal No. 2019-2399

**UBISOFT ENTERTAINMENT, S.A., UBISOFT, INC.,**
*Plaintiffs-Appellants*

**v.**

**YOUSICIAN OY,**
*Defendant-Appellee*

---

Decided: June 11, 2020
Non-Precedential Opinion

---

Please make the following change:

On page 8, Line 1, replace "**[Board's]**" with **"[district court's]"**.